**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 24-20441-GLT |
| William H. Hensler, Jr. and Susan J. Hensler, | : | Chapter 11 |
| Debtors. | : | Document No.: |
| | : | Related to Document Nos. 263 and 387 |

**STATUS UPDATE REGARDING THE HENSLER PARTIES' MALPRACTICE CLAIMS LITIGATION**

Creditors Becker/Wholesale Mine Supply, LLC and Becker Global America, Inc. (collectively, the "Becker Parties") file the following Status Update Regarding the Malpractice Claims Litigation filed by William H. Hensler, Jr., Susan Hensler, and Wholesale Mine Supply, LLC (collectively, the "Hensler Parties"), stating as follows:

1. Pursuant to paragraph 3(b) of this Court's Order dated March 27, 2025 (Docket No. 263), "Every nine months (and pending further Order), the Becker Parties or Malpractice Counsel shall provide periodic updates to the Court regarding the status of the Malpractice Claims litigation until such Malpractice Claims are fully and finally resolved. Until further Order of Court, any settlement or compromise of the Malpractice Claims remains subject to the Court's approval."

2. In the Hensler Parties' Malpractice Claims litigation pending in the Court of Common Pleas of Allegheny County at GD 24-009104 and a related malpractice action involving other plaintiffs pending in the same court, the parties are in the final stages of negotiating a settlement agreement.

3. In accordance with the Court's March 27, 2025 Order, the Hensler Parties will file a motion to approve the settlement after the agreement is fully executed.

## RESERVATION OF RIGHTS

4. The Becker Parties reserve all of their respective rights, remedies and claims against Debtors and any other persons or entities. The Becker Parties further reserve their rights to be present and to be heard on these, and any other, matters raised by objection or otherwise at any hearing in this bankruptcy case.

Respectfully submitted,

Dated: September 29, 2026

*/s/ John R. Gotaskie, Jr.*

John R. Gotaskie, Jr.
PA ID No. 81143
Jay D. Marinstein
PA ID No. 53163
Patrick L. Abramowich
PA ID No. 74494
BNY Mellon Center
500 Grant Street, Suite 2500
Pittsburgh, PA 15219
Telephone: 412.391.1334
Facsimile: 412.391.6984
jgotaskie@foxrothschild.com
jmarinstein@foxrothschild.com
pabramowich@foxrothschild.com

*Counsel for Creditors,
Becker/Wholesale Mine Supply, LLC and
Becker Global-America, Inc.*