**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>William H. Hensler, Jr. and<br>Susan J. Hensler,<br>Debtors. | : | Bankruptcy Case No. 24-20441-GLT<br><br>Chapter 11 |
| William H. Hensler, Jr. and<br>Susan J. Hensler,<br><br>Movants,<br><br>v.<br><br>NO RESPONDENTS. | : | Document No.:<br><br>Related to Document Nos. 253 & 263 |

**ORDER**

AND NOW, this _____ day of ______________, 2026, upon consideration of Settlement Obligor's Motion to Seal (the "*Motion*"), and after due notice of the *Motion* and an opportunity for a hearing were provided, and in the absence of any timely written opposition, it is hereby **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. The Notice of the *Motion* was sufficient and no further Notice is required; and

2. The *Motion* is hereby **GRANTED** as provided herein. The redacted Motion to Approve shall be filed and available on the public docket. The unredacted Motion to Approve shall be sealed.

__________________________________
**GREGORY L. TADDONIO**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

Prepared by: Bethann R. Lloyd, Esq.