**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy No. 24-20441-GLT |
| William H. Hensler, Jr. and Susan J. Hensler | : | |
| | : | Chapter 11 |
| | : | |

**MOTION FOR *PRO HAC VICE* ADMISSION**

1. This motion for admission *pro hac vice* is being filed by D. Alexander Barnes, Esq. on behalf of:

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
e-mail: michael.vagnoni@obermayer.com
PA Attorney ID 78374

2. Applicant represents Alan Quinn, Comtrol Corp. and Comtrol-WEST, LLC, 358 Main Street, North Huntingdon, PA 15642. Accompanying this Motion is the required $70 filing fee paid using the Movant's CM/ECF account at the time of filing.

3. Applicant is a member in good standing of the Bar of the Commonwealth of Pennsylvania, is not the subject of any pending disciplinary matters, is personally familiar with the *Local Bankruptcy Rules* of the United States Bankruptcy Court for the Western District of Pennsylvania and shall abide by those *Local Bankruptcy Rules*. In addition, Applicant is admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the Southern District of Texas, and the United States Court of Appeals for the Third Circuit.

4. Applicant will be associated with the following attorney acting in this matter as local counsel, who is a member of the Bar of the Bankruptcy Court for the Western District of Pennsylvania:

D. Alexander Barnes, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3184
Facsimile: (215) 665-3165
e-mail: alexander.barnes@obermayer.com
PA Attorney ID 54088

5. Applicant and Movant have read and shall comply with Local Bankruptcy Rules 9010-1(b), 9010-1(c) and 9010-1(d).

6. Applicant has previously received *Pro Hac Vice* admission to this Court by Order dated 3/9/2007 in the following matter: in re: Wright Industries, Inc., 07-21384-JKF.

Respectfully Submitted,

Dated: November 18, 2026

*/s/ D. Alexander Barnes*

D. Alexander Barnes, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
- And -
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219-2502
Telephone: (215) 665-3184
Facsimile: (215) 665-3165
e-mail: alexander.barnes@obermayer.com
PA Attorney ID 54088

*Counsel to Alan Quinn, Comtrol Corp. and Comtrol-WEST, LLC*