**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy No. 24-20441-GLT |
| William H. Hensler, Jr. and Susan J. Hensler | : | |
| | : | Chapter 11 |
| | : | |
| | : | Related to Docket No. |

**ORDER GRANTING *PRO HAC VICE* ADMISSION**

AND NOW, upon consideration of the Motion for Pro Hac Vice Admission of Michael D. Vagnoni, and pursuant to Local Rule of Bankruptcy Procedure 9010-1(b), said motion is hereby GRANTED, and Michael D. Vagnoni is hereby ADMITTED pro hac vice to practice in the above-captioned proceeding.

_______________________________________
Hon. Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court