# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 11/18/2026 |
| Case: 24−20441−GLT | Form ID: pdf900 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| aty | Brian C. Thompson | bthompson@ThompsonAttorney.com |
| aty | D. Alexander Barnes | alexander.barnes@obermayer.com |
| aty | Ronna G Jackson | ronna.g.jackson@usdoj.gov |
| aty | William M. Buchanan | william.buchanan@usdoj.gov |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | William H. Hensler, Jr. | 1161 August Circle | Irwin, PA 15642 |
| jdb | Susan J. Hensler | 1161 August Circle | Irwin, PA 15642 |

TOTAL: 2